IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BMO HARRIS BANK N.A.                                                                  PLAINTIFF

V.                              CASE NO. 4:17-CV-4096

UNIQUE FREIGHT SYSTEMS, INC. and
KENNETH DOUGAN                                           DEFENDANTS

## **ORDER**

Before the Court is a Joint Motion to Hold Action in Abeyance filed by Plaintiff BMO Harris Bank N.A. and Defendants Unique Freight Systems, Inc. and Kenneth Dougan. ECF No. 20. In the instant motion, the parties request an order staying this action for a thirty-day period to allow time to complete informal settlement discussions.

Upon consideration, the Court finds that good cause for the motion has not been shown. Although the Court encourages the parties to engage in settlement discussions, a stay of this action is unwarranted at this time. If settlement discussions are unsuccessful, the Court will entertain a motion to extend any impending deadlines as needed.

**IT IS SO ORDERED**, this 3rd day of August, 2018.

                                                                                             /s/ Susan O. Hickey
                                                                                             Susan O. Hickey
                                                                                             United States District Judge