IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BMO HARRIS BANK N.A.     PLAINTIFF

v.     Case No. 4:17-cv-04096

UNIQUE FREIGHT SYSTEMS, INC. and
KENNETH DOUGAN     DEFENDANTS

## **ORDER**

Before the Court is Plaintiff's Motion to Accept Late Filing. (ECF No. 23). In the motion, Plaintiff moves the Court to accept late filing of its reply to Defendants' response to its summary judgement motion. Defendants have not responded to the instant motion and the time to respond has passed. *See* Local Rule 7.2. Accordingly, Plaintiff's Motion to Accept Late Filing should be and hereby is **GRANTED**. Plaintiff shall have seven (7) days from the date of this Order to file its reply in support of its Motion for Summary Judgement.

**IT IS SO ORDERED**, this 4th day of October, 2018.

    /s/ Susan O. Hickey
    Susan O. Hickey
    United States District Judge