IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BMO HARRIS BANK N.A.                                                                                            PLAINTIFF

v.                                          Case No. 4:17-cv-4096

UNIQUE FREIGHT SYSTEMS, INC.
and KENNETH DOUGAN                                                         DEFENDANTS

## **JUDGMENT**

Pursuant to the reasons set forth in the Memorandum Opinion in this case of even date, BMO Harris Bank N.A.'s (BHB) Motion for Summary Judgement (ECF No. 9) should be and hereby is **GRANTED**. Accordingly, the Court awards BHB $578,835.25 in compensatory damages as well as any additional applicable interest.

**IT IS SO ORDERED**, this 11th day of December, 2018.

                                                                            /s/ Susan O. Hickey
                                                                            Susan O. Hickey
                                                                            United States District Judge